# Exhibit A



PRESS & INDUSTRY    VERTICAL WELLNESS    SEED TO SALE MULTI-STATE OPERATOR    ABOUT    CAREERS

## CULTIVATION

Vertical is one of the largest and most effective cultivators in the country. With indoor, outdoor, greenhouse and nursery operations, the canopy spans hundreds of thousands of permitted square feet. Experience, technology, and methods from industrial agriculture ensure high-yields and consistent quality while a proprietary integrated pest management system produces a compliant, pesticide free product.

Well-designed state of the art systems are critical to achieving reproducible results across multiple operations of varying sizes. Vertical is on the cutting edge of cannabis cultivation and is constantly taking advantage of advancements in the industry to improve its processes. Vertical's commitment to health and safety demands a clean and high-quality product, produced in an environmentally friendly and sustainable way.



Vertial's Santa Rita Hills Outdoor Grow will be one of the largest in the world in 2019

**STAY INFORMED WITH EVERYTHING PERTAINING GREEN**

Enter your name and email below to updates when we find important in news.

Name

[Enter Name]

Email*

[Enter Email Address]

Subscribe

@2018 Vertical Companies

Site Design by Vertical Creative Team
Photography by Vertical Creative and PRTD Pr