ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
JULIE Z. KIMBALL, State Bar No. 252449
 *jkimball@elkinskalt.com*
LEANNE OATES VANECEK, State Bar No. 279317
 *lvanecek@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendants Todd Kaplan, Medical Investor Holdings LLC dba Vertical Companies, Vertical Wellness, Inc., Matt Kaplan, Drew Milburn, Courtney Dorne, Smoke Wallin, Robert Scott Kaplan aka Robert Scott, Elyse Kaplan, Jeff Silver, Iron Angel II, LLC, and NCAMBA9, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE SHULMAN; IRON ANGEL, LLC; 3F, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD KAPLAN; MEDICAL INVESTOR HOLDINGS LLC dba VERTICAL COMPANIES; VERTICAL WELLNESS, INC.; CHARLES HOUGHTON; MATT KAPLAN; DREW MILBURN; COURTNEY DORNE; SMOKE WALLIN; ROBERT SCOTT KAPLAN aka ROBERT SCOTT; ELYSE KAPLAN; JEFF SILVER; IRON ANGEL II, LLC; NCAMBA9, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No. 2:19-CV-05413<br><br>MIH DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT, SUBMITTED IN THE ALTERNATIVE TO MIH DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION<br><br>[Memorandum of Points and Authorities filed concurrently herewith; [Proposed] Order lodged concurrently herewith]<br><br>Judge: Hon. Andre Birotte Jr.<br>Date: November 8, 2019<br>Time: 10:00 A.M.<br>Courtroom: 7B<br><br>Action Filed: June 20, 2019<br>Trial Date: None Set |

1226634

Case No. 2:19-CV-05413

NOTICE OF MOTION AND MOTION TO DISMISS, SUBMITTED IN THE ALTERNATIVE TO MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 8, 2019, at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 7B of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Defendants Todd Kaplan, Medical Investor Holdings, LLC dba Vertical Companies, Vertical Wellness, Inc., Matt Kaplan, Drew Milburn, Courtney Dorne, Smoke Wallin, Robert Scott Kaplan aka Robert Scott, Elyse Kaplan, Jeff Silver, Iron Angel, II, LLC, and NCAMBA9, Inc. ("MIH Defendants") will, and hereby does, move this court, pursuant to Federal Rule of Civil Procedure 12(b)(6) (failure to state a claim) for an order dismissing Counts I-VII, IX-X, XIII-XX, and XXIII-XXV of Plaintiff Francine Shulman, Iron Angel, LLC, and 3F, Inc's ("Plaintiffs'") complaint, which is being brought in the alternative to the MIH Defendants' Motion to Compel Arbitration and Stay Action Pending Arbitration.

As more fully set forth in the memorandum of points and authorities, Defendants' motion is based on Plaintiffs' failure to state a claim in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, and relevant case law.

This motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, the [Proposed] Order, and the pleadings, papers, and records on file herein, and upon such other and further evidence and argument submitted by the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on August 13, 2019.

DATED: August 20, 2019     ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By:     /s/ Julie Z. Kimball
JULIE Z. KIMBALL
Attorneys for Defendants Todd Kaplan, Medical Investor Holdings LLC dba Vertical Companies, Vertical Wellness, Inc., Matt Kaplan, Drew Milburn, Courtney Dorne, Smoke Wallin, Robert Scott Kaplan aka Robert Scott, Elyse Kaplan, Jeff Silver, Iron Angel II, LLC, and NCAMBA9, Inc.

1226634

2

Case No. 2:19-CV-05413

NOTICE OF MOTION AND MOTION TO DISMISS, SUBMITTED IN THE ALTERNATIVE TO MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION

<u>PROOF OF SERVICE</u>

Francine Shulman; Iron Angel, LLC, et al. v. Todd Kaplan, et al.
Case No. 2:19-CV-05413

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10345 W. Olympic Blvd., Los Angeles, CA 90064.

On August 20, 2019, I served true copies of the following document(s) described as MIH DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT, SUBMITTED IN THE ALTERNATIVE TO MIH DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION on the interested parties in this action as follows:

Stuart C. Plunkett
Peter K. Huston
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Email: stuart.plunkett@bakerbotts.com
peter.huston@bakerbotts.com

Elliot Siegel
KING & SIEGEL LLP
600 Wilshire Blvd., Suite 500
Los Angeles, CA 90017
telephone: (213) 419-5101
Email: elliot@kingsiegel.com
*Attorneys for Defendant Charles Houghton*

Theresa A. Sutton
Kathryn S. Christopherson
BAKER BOTTS LLP
1001 Page Mill Rd., Bldg. 1, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Email: theresa.sutton@bakerbotts.com
kathryn.christopherson@bakerbotts.com
*Attorneys for Plaintiffs Francine Shulman, Iron Angel. LLC. and 3F. Inc.*

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 20, 2019, at Los Angeles, California.

/S/ Melanie G. Yuen
Melanie G. Yuen

1226634

3

Case No. 2:19-CV-05413

NOTICE OF MOTION AND MOTION TO DISMISS, SUBMITTED IN THE ALTERNATIVE TO MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION